FILED

03/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0333

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0333

_____

IN THE MATTER OF:

P.Y.,                                                                    O R D E R

        Respondent and Appellant.

_____

Appellant P.Y. was granted an extension of time to file and serve her opening brief on or before March 16, 2020. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than April 16, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2020